March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Noah Kitchens     ,
               Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 Mag____-CR- 5791 (___)(___)

Defendant  Noah Kitchens  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_[signature]_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

# Noah Kitchens
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

# Tamara Giwa
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

# June 3, 2020
Date

_[signature: Stewart D. Aaron]_
U.S. District Judge/U.S. Magistrate Judge